IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICHARD HARRIS,

      Appellant,

v.

           Case No.  5D21-2962
           LT Case No. 2010-0499-CF

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed September 27, 2022

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Rachael E. Reese, of O'Brien
Hatfield Reese, P.A., Tampa, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.